# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00621-CV

**In re In the Estate of William Sellers Nixon**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

 

Edward Smith, Justice

Before Justices Baker, Triana, and Smith

Filed: December 12, 2023